IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No CR06-28T |
| | ) | In Violation of |
| v. | ) | 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B)(iii) |
| GERMAINE EDELEN | ) | |

**INDICTMENT**

COUNT I

The Grand Jury charges:

On or about December 14, 2005, in the District of Rhode Island, the defendant, GERMAINE EDELEN, did possess with intent to distribute a mixture and substance containing in excess of five (5) grams of cocaine base.

All in violation of 21 U.S.C. 841(a)(1) and (b)(1)(B)(iii).

A TRUE BILL:

____________________________
GRAND JURY FOREPERSON

ROBERT CLARK CORRENTE
United States Attorney

James H. Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

Gerard B. Sullivan
GERARD B. SULLIVAN
Assistant U.S. Attorney
Chief, Criminal Division

DATE: ____________________