Lar

# UNITED STATES DISTRICT COURT
*for the*
**District of Rhode Island**

***Case No. CR06-28T***

RECEIVED
MAR 0 2 2006
US MARSHALS
RHODE ISLAND

***To:*** ***WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **GERMAINE EDELEN**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **7th** day of **March, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

ACI # 506696
INTAKE

I hereby certify and return that ... before the court ... named defendant, ... date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: March 2, 2006.

David A. DiMarzio, Clerk

***by*** ______________________
***Jeannine Theall - Deputy Clerk***

ARRAIGNMENT