AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
MAR 0 2 2006
US MARSHALS
RHODE ISLAND

# United States District Court

## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

GERMAINE EDELEN

WARRANT FOR ARREST

CASE NUMBER: CR06-28T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest GERMAINE EDELEN
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE IN EXCESS OF 5 GRAMS OF COCAINE BASE

in violation of Title 21 United States Code, Section(s) 841(a)(1)&(b)(1)(B)(iii)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J Theall
Signature of Issuing Officer

March 2, 2006 - PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at ACI on writ; returned to ACI | | |
| DATE RECEIVED 03/02/2006 | NAME AND TITLE OF ARRESTING OFFICER CJ Wyant SDUSM | SIGNATURE OF ARRESTING OFFICER Chad Wyant |
| DATE OF ARREST 03/07/2006 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.