FILED
MAR 14 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. ~~05-79~~ 06-28T S

GERMAINE EDELEN :

## MOTION TO CONTINUE DETENTION HEARING

NOW comes the defendant, through counsel, and moves to continue the detention hearing scheduled in this matter for March 15, 2006 to March 22, 2006. In support of this motion, defense counsel states that he needs additional time to prepare, interview the defendant and interview family members in order to support a request for release on conditions.

The government does not object to this motion.

GERMAINE EDELEN,
By his attorney,

EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
( 401 ) 528 - 4281

3/14/05: GRANTED FOR GOOD CAUSE SHOWN, 18 U.S.C. §3142(f), AND ABSENT ANY PREJUDICE TO DEFENDANT WHO IS HELD WITHOUT BAIL AT THE ACI ON RELATED STATE CHARGES (CASE NO. 05-2452).