# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. CR06-28T***

RECEIVED

MAR 1 5 2006

US MARSHALS
RHODE ISLAND

***To: WARDEN***
***ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **GERMAINE EDELEN**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **22nd** day of **March, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Lincoln D. Almond**

United States Magistrate Judge at Providence, RI
Dated: March 15, 2006.

David A. DiMarzio, Clerk

DETENTION/BAIL HEARING

***by***
***Jeannine Theall - Deputy Clerk***