**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-CR-28T** |
| | ) | |
| **GERMAINE EDELEN** | ) | |

---

## MOTION TO CONTINUE

Now comes the accused, Germaine Edelen, by and through his counsel, and moves this Honorable Court to continue the trial of this matter for an additional sixty (60) days on the grounds that the defendant needs time to investigate the case, including but not limited to, visiting the scene of the arrest and taking photographs and a videotape of the arrest scene.

The time requested under this motion is specifically excludable under the Speedy Trial Act, 18 USC § 3161(F).

Respectfully submitted
Germaine Edelen
By his attorney,

Edward C. Roy
Assistant Federal Defender
10 Weybosset St., Ste. 300
Providence, RI 02903
(401) 528-4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of this motion to James Leavey, Assistant United States Attorney, on March 23rd, 2006.