IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CR 06-028T |
| | : | |
| GERMAINE EDELEN | : | |

**GOVERNMENT'S MOTION TO GRANT DEFENDANT A THREE LEVEL DECREASE IN OFFENSE LEVEL FOR ACCEPTANCE OF RESPONSIBILITY**

The United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and James H. Leavey, Assistant United States Attorney, hereby moves this Honorable Court pursuant to USSG §3E1.1 for a three level decrease in the defendant's offense level based upon his acceptance of responsibility, provided the Court determines the defendant's offense level to be 16 or greater. In support of its request, the government avers that the defendant's timely notification of his intention to enter a plea of guilty permitted the government to avoid preparing for trial and to allocate its resources more efficiently.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

James H Leavey
JAMES H. LEAVEY
Assistant U.S. Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on this 26th day of June, 2006, I served by first class mail, postage prepaid, a copy of the within Government's Motion to Grant Defendant a Three Level Decrease in Offense Level for Acceptance of Responsibility to the following:

Edward C. Roy, Esquire
Federal Defender's Office
10 Weybosset Street, Suite 300
Providence, RI 02903

United States Probation Office
2 Exchange Terrace - 2nd FL
Providence, RI 02903