UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 06-28 T

GERMAINE EDELEN :

**OBJECTION TO PRE-SENTENCE REPORT**

NOW comes the defendant, Germaine Edelen, and objects to the six point increase in his offense level based upon paragraph 17 of the PSR, where the report concludes, from the government's factual outline, that the defendant assaulted a law enforcement officer, knowing the person was a law enforcement officer.

1. Government Has Not Proven An Assault

The facts set out in the prosecution version which is contained in the PSR hardly make out the elements of an assault. We do not know if the officer was in uniform or if he was driving an unmarked vehicle. We know nothing of the circumstances. As a result it is inappropriate to conclude from this barebones record that the defendant assaulted a police officer. As such, the six point enhancement should be eliminated from the defendant's offense level calculation.

Germaine Edelen,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281

**CERTIFICATION**

I hereby certify that I hand-delivered a copy of the within to James H. Leavey, AUSA on the 20th day of November, 2006.

/s/ Edward C. Roy, Esquire