**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-CR-28T** |
| | ) | |
| **GERMAINE EDELEN** | ) | |

---

**MOTION TO CONTINUE SENTENCING**

Now comes the accused, Germaine Edelen, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter for an additional thirty (30) days on the grounds that the defendant needs time to obtain updated medical information as well as perform additional investigation relating to the six-level enhancement contained in the pre-sentence report for reckless endangerment.

GERMAINE EDELEN,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I delivered a copy of the within to James Leavey, AUSA by way of ECF filing on December 11, 2006.

/s/ Edward C. Roy, Esquire