**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR No. 06-CR-28T** |
| | ) | |
| **GERMAINE EDELEN** | ) | |

---

## NOTICE OF APPEAL

Now comes the defendant, Germaine Edelen, and hereby notices his appeal of the sentence imposed on December 15, 2006.

Germain Edelen,
By his attorney,

/s/ Edward C. Roy, Esquire
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Fax: (401) 528 - 4285
Edward_Roy@fd.org

## CERTIFICATION

I hereby certify that I delivered a copy of the within to James Leavey, AUSA by way of ECF filing on December 18, 2006.

/s/ Edward C. Roy, Esquire