# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

RECEIVED *Case No. CR06-28T*

*To:* ***Warden***
***ACI***
***Cranston, RI***

JUN 29 2006

US MARSHALS
RHODE ISLAND

05724070

YOU ARE HEREBY COMMANDED, to have the **body** of **Germaine Edelen,** by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres,** Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00 o'clock a.m.**, on the **15th** day of **December, 2006,** then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that [illegible] on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: June 29, 2006.

David A. DiMarzio, Clerk

***By*** ___
***Lucia Cristina Leyva - Deputy Clerk***

Sentencing