AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

United States of America v. Germaine Edelen

EXHIBIT AND WITNESS LIST

CASE NUMBER: CR06-28T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Peter Neronha, AUSA | Edward C. Roy, AFD |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/15/06 | Debra Lajoie | Lucia Cristina Leyva |

| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/15/06 | | | W-1, Frank Lima |
| | A | 12/15/06 | X | FULL | Photograph of Scene |
| | | 12/15/06 | | | W-2, Mark Matos |
| 1 | | 12/15/06 | | FULL | Photograph of Vehicles |

include a notation as to the location of any exhibit not held with the case file or not available because of size.