**UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT**

Case name United States vs. Germaine Edelen

District Court Case No. 06-28T District of Rhode Island

Date Notice of Appeal filed 12/18/06 Court of Appeals Case No. 07-1189

Form filed on behalf of Defendant-Appellant, Edelen

**TRANSCRIPT REPORT**

Transcript Not Necessary for this Appeal ________

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary) ________

**TRANSCRIPT ORDER**

Name of Court Reporter Debra Lajoie

Phone Number of Reporter ________

A. ______ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☒ Sentencing | 12-15-06 |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) ________ | |
| ☐ Testimony (specify ) ________ | |
| ☐ Other (specify) ________ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. ______ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

- ☐ Private funds.
- ☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
- ☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
- ☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
- ☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name Edward C. Roy, AFPD Filer's Signature [signature]

Firm/Address Federal Public Defender, 10 Weybosset St, Suite 300 Prov., RI 02903

Telephone number 401-528-4281 Date mailed to court reporter 2-23-07

(Court Reporter Use ONLY) Date received ________

Form CA1-10 (6/12/06) **SEE INSTRUCTIONS ON REVERSE**