**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CR No. 06-028T** |
| **GERMAINE EDELEN** | : | |

**GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO "DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. §§ 1.B1.10, 2D1.1"**

The defendant has filed a motion to reduce his 126 month sentence, imposed on December 15, 2006, based on a recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to cocaine base ("crack") offenses. Pursuant to Local Rule 47, the government, on January 9, 2008, and again on January 14, 2008, moved this Court for a short enlargement of the time within which it was required to respond to the defendant's motion. The government now moves for a short period of additional time, until March 15, 2008, to file its response.

As grounds for this motion, the government states that the Court, the United States Attorney's Office for the District of Rhode Island, and the Federal Defender, the defendant's attorney in this case, have met several times to discuss a comprehensive plan to address motions filed by defendants potentially affected by the change in the crack Guidelines. To date, those meetings have

focused on defendants, unlike the defendant here, who will be eligible for release on or near March 3, 2008, when the changes to the crack guidelines on a retroactive basis will go into effect. The government requests a short period of additional time to respond to the defendant's motion, so that its response will be consistent with any approach agreed to by the Court, the government, and the Federal Defender concerning defendants who, like the defendant here, are not eligible for release in the near future under any circumstances.

As suggested above, granting of the government's motion would not prejudice the defendant. First, the defendant has an appeal pending before the First Circuit, challenging the very sentence he seeks to reduce in his motion. That pending appeal divests this Court of jurisdiction to hear the defendant's motion, and thus his motion is, in any event, premature. United States v. Distasio, 820 F.2d 20, 23 (1st Cir. 1987)("A docketed notice of appeal suspends the sentencing court's power to modify a defendant's sentence"). Second, granting of the government's motion will not affect the defendant's release date. The defendant is serving a 126 month sentence, imposed just over a year ago. Even assuming that he is entitled to a reduction in sentence, any such reduction could not be of such an extent that the defendant would be released prior to March 15, 2008, the date the government is seeking as the revised deadline for it to file its response. Accordingly, the government

respectfully requests that its motion for enlargement of time be granted.

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: February 15, 2008

Certificate of Service

I hereby certify that on the 15th day of February, 2008, I caused a copy of the within "Government's Motion For Enlargement of Time To Respond To 'Defendant's Motion For Sentence Reduction Pursuant To 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1.B1.10, 2D1.1'" to be served by way of the Electronic Case Filing System upon Edward C. Roy, counsel for the defendant.

/s/ Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8thFl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov