**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **CR No. 06-028T** |
| | : | |
| | : | |
| **GERMAINE EDELEN** | : | |

**GOVERNMENT'S MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND U.S.S.G. §§ 1.B1.10, 2D1.1**

The defendant has filed a motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), based on a recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to cocaine base ("crack") offenses. The motion is premature. The defendant has an appeal pending before the First Circuit, challenging the very sentence which he would have this Court initiate a new proceeding to reduce. See Exhibit A, attached hereto. The pendency of the defendant's First Circuit appeal divests this Court of jurisdiction to modify the defendant's sentence. United States v. Distasio, 820 F.2d 20, 23 (1st Cir. 1987)("A docketed notice of appeal suspends the sentencing court's power to modify a defendant's sentence"). That this is true is hardly surprising, for were this Court to modify the defendant's sentence now, before the First Circuit were to rule on the sentence already impose, this Court could

effectively be shooting at a moving target. The defendant's motion should therefore be denied.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/Peter F. Neronha

PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8th Fl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov

Dated: March 11, 2008

Certificate of Service

I hereby certify that on the 11th day of March, 2008, I caused a copy of the within "Government's Memorandum In Response To Defendant's Motion For Sentence Reduction Pursuant To 18 U.S.C. § 3582(c)(2) and U.S.S.G. §§ 1.B1.10, 2D1.1" to be served by way of the Electronic Case Filing System upon Edward C. Roy, counsel for the defendant.

/s/ Peter F. Neronha
PETER F. NERONHA
Assistant U.S. Attorney
RI Bar No. 5327
U.S. Attorney's Office
50 Kennedy Plaza - 8thFl.
Providence, RI 02903
Tele: (401) 709-5000
FAX: (401) 709-5001
peter.neronha@usdoj.gov