# UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

No. 07-1189

RECEIVED
FEB 29 2008
U.S. ATTORNEY
DISTRICT OF R I

UNITED STATES

Appellee

v.

GERMAINE EDELEN

Defendant - Appellant

**Calendaring Notice**
**Entered: 2/28/08**

This case is presently scheduled to be called for oral argument Wednesday, April 9, 2008 at 9:30 a.m. in Boston, MA.

By no later than March 14, 2008 counsel for each party should advise this office, **by completing and returning the enclosed designation form**, of the name of the person who will be presenting oral argument. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the designation form.

There will be no continuance except for grave cause.

All counsel presenting oral argument must arrive at least 15 minutes before court convenes. Arguing counsel should proceed directly to the courtroom and check-in with the courtroom deputy.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the Clerk's Office will endeavor to notify counsel as promptly as possible.

Richard Cushing Donovan, Clerk

Kristie Trimarco
Courtroom Deputy
617-748-9069

cc: Edward C. Roy, AFPD
James Michael Fox, Esq.

James H. Lea[illegible]r, AUSA
Donald Lockhart, AUSA