UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :

vs. : CR No. 006-028 T

GERMAINE EDELEN :

MOTION TO APPOINT COUNSEL

NOW comes the defendant, Germaine Edelen, and moves to appoint counsel to represent Mr. Edelen in this matter. There may be a possible conflict of interest. Out of an abundance of caution, counsel is requesting appointment of counsel from the court's CJA panel.

GERMAINE EDELEN,
By his attorney,

/s/ Edward C. Roy, Esquire
EDWARD C. ROY, ESQUIRE
Assistant Federal Public Defender
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528 - 4281
Edward_Roy@fd.org

CERTIFICATION

I hereby certify that I caused a copy of the within to be served upon Stephen Dambruch, AUSA and on Kristin Mattias, USPO on the 26th day of June, 2008.

/s/ Edward C. Roy, Esquire