UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

GERMAINE EDELEN,
Petitioner

v.                                          CR: 06-28T

UNITED STATES OF AMERICA,
Respondent

**ORDER**

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody," (filed as a Motion to Compel the Court to Modify/Reduce Sentence pursuant to 18 U.S.C. §3582(c)(2)) on or before January 20th, 2009.

Entered as an Order of this Court:

_____
DEPUTY CLERK

ENTER:

_____
ERNEST C. TORRES
Senior U.S. District Judge

DATE: 12/18/08