**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

USA,
Plaintiff

     v.                                              CR06-28S

GERMAINE EDELEN,
Defendant

## ORDER

It is hereby ordered that counsel be appointed to Defendant/Petitioner Germaine Edelen in the above-referenced case to represent the Defendant/Petitioner as to his Motion to Vacate Pursuant to 28 U.S.C. §2255.

It is further ordered that Court-appointed counsel for the Defendant/Petitioner shall have 30 days from the date of his/her appointment to file a Reply Memorandum to the United States of America's Response in Opposition to the Motion to Vacate.

By Order:

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge
Date: 2/20/09